628

mond*, Lawrence Foster,* and *Augustin H. Parker, Jr.* for petitioner in No. 809. *Solicitor General Jackson* for respondents. Reported below: 97 F. 2d 677.

No. 707. SCHNEIDER *v.* STATE (TOWN OF IRVINGTON). April 3, 1939. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey granted. *Mr. Olin R. Moyle* for petitioner. *Mr. Joseph C. Braelow* for respondent.

No. 748. FORD MOTOR Co. *v.* CLARK, SECRETARY OF STATE OF TEXAS, ET AL. April 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Palmer Hutcheson* for petitioner. No appearance for respondents.

No. 163. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WILSHIRE OIL Co.;
No. 164. SAME *v.* BANDINI PETROLEUM Co.; and
No. 165. SAME *v.* WILSHIRE ANNEX OIL Co. April 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. MR. JUSTICE REED took no part in the consideration and decision of this application. *Solicitor General Jackson* for petitioner. *Mr. Joseph D. Brady* for respondents. Reported below: 95 F. 2d 971.

No. 702. PITTMAN, CLERK OF THE SUPERIOR COURT OF BALTIMORE, *v.* HOME OWNERS' LOAN CORP. April 17, 1939. Petition for writ of certiorari to the Court of Appeals of Maryland granted. *Messrs. William L. Henderson* and *H. Vernon Eney* for petitioner. *Solicitor Gen-*

*eral Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key, Berryman Green, Warner W. Gardner; Harold Lee,* and *E. K. Neumann* for respondent.

No. 720. BOARD OF COUNTY COMMISSIONERS *v.* UNITED STATES. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Thomas M. Lillard* for petitioner. *Solicitor General Jackson* for the United States.

No. 750. OKLAHOMA PACKING CO. ET AL. *v.* OKLAHOMA GAS & ELECTRIC CO. ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. W. R. Brown* for petitioners. *Messrs. I. J. Underwood, Robert M. Rainey,* and *Streeter B. Flynn* for respondents.

No. 749. SNYDER *v.* MILWAUKEE. April 17, 1939. Petition for writ of certiorari to the Supreme Court of Wisconsin granted. *Messrs. A. W. Richter* and *Osmond K. Fraenkel* for petitioner. *Mr. Walter J. Mattison* for respondent.

No. 865. BRANON *v.* UNITED STATES ET AL. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Edward F. Merrill* for petitioner. No appearance for respondents.